EXHIBIT "A"

Electronically FILED by Superior Court of California, County of Angeles on 02/18/2020 03:53 PM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Clifton, Deputy Clerk
20STCV06696

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

Edward Y. Lee, Esq. (SBN 171996)
Matthew T. Hillix, Esq. (SBN 305924)
LAW OFFICES OF EDWARD Y. LEE
A Professional Corporation
3731 Wilshire Blvd., Ste. 940
Los Angeles, California 90010
Tel.: (213) 380-5858 / Fax: (213) 380-5860

Attorneys for Plaintiff,
ZIQING WU, an individual

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES – CENTRAL DISTRICT

| | |
|---|---|
| ZIQING WU, an individual, | Case No. 20STCV06696 |
| Plaintiff, | **COMPLAINT FOR DAMAGES FOR NEGLIGENCE** |
| v. | [DAMAGES SOUGHT EXCEED $25,000] |
| DELTA AIRLINES, INC., a business entity of unknown form; CHINA EASTERN AIRLINES CO., LTD., a business entity of unknown form; and DOES 1 to 50, inclusive; | [JURY TRIAL DEMANDED] |
| Defendants. | |

Plaintiff, ZIQING WU, alleges the following:

**THE PARTIES**

1. Plaintiff ZIQING WU (hereinafter "Plaintiff") is, and at all times relevant to this complaint was, a competent adult, and an individual residing in the County of Los Angeles, State of California.

2. Plaintiff is informed and believes and thereon alleges that Defendant DELTA AIRLINES, INC. (hereinafter "DELTA AIRLINES"), is a business entity of unknown form. Plaintiff reserves the right to seek leave of court to amend this Complaint to insert the true name and capacity of Defendant DELTA AIRLINES, INC. once the same are ascertained.

3. Plaintiff is informed and believes and thereon alleges that Defendant CHINA EASTERN AIRLINES CO., LTD. (hereinafter "CHINA EASTERN AIRLINES is a business entity

COMPLAINT

- 1 -

of unknown form. Plaintiff reserves the right to seek leave of court to amend this Complaint to insert the true name and capacity of Defendant CHINA EASTERN AIRLINES once the same are ascertained.

4. The true names and capacities of defendants sued herein under California Code of Civil Procedure § 474 as DOES 1 to 50, inclusive, whether individual, a public entity, corporate, or otherwise, are unknown to Plaintiff, who therefore sues these defendants by such fictitious names and will ask leave of court to amend this complaint when the names are ascertained. Each of the fictitiously named defendants is responsible in some manner for the conduct alleged herein and proximately caused Plaintiff's damages. Plaintiff is informed and believes and thereon alleges that all of the defendants acted in concert with each other at the time of the incident or misconduct.

5. Plaintiff is informed and believes and thereon alleges that at all relevant times mentioned herein, each of the defendants was the agent and employee of each of the remaining defendants, and in doing the things hereinafter alleged, was acting in the course and scope of such agency and employment.

## JURISDICTION AND VENUE

6. This Court is the proper court pursuant to Section 395(a) of the California Code of Civil Procedure because it is the county where some of the Defendants reside at the commencement of this action.

7. Plaintiff is informed and believes and thereon alleges that venue is therefore proper in this Court.

8. This Court has jurisdiction in this matter because the total amount of damages sought exceeds $25,000.00 and the relief requested is within the jurisdiction of this Court.

## FIRST CAUSE OF ACTION

### Negligence

### (Against all Defendants)

LAW OFFICES OF
EDWARD Y. LEE
A PROFESSIONAL CORPORATION
3731 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010
Tel.: (213) 380-5858

COMPLAINT
- 2 -

9. Plaintiff refers to paragraphs 1 through 8, above, and incorporates such paragraphs herein by reference as though said paragraphs were set forth in full herein.

10. On or about February 16, 2018, Plaintiff and his wife, Yuxing Xu purchased tickets for Delta Airlines flight number 89 to travel to Shanghai, China. At the time of the flight, Plaintiff was 75 years old. His wife, Yuxing Xu was 71 years old. As such, the two of them are limited in their ability to walk and carry bags without assistance.

11. On or about February 17, 2018, at approximately 6:55 p.m. local time Delta Airlines flight number 89 landed in Shanghai, China. It was raining at the airport and the runways were wet.

12. At the time of landing, Plaintiff and his wife, Yuxing Xu requested assistance and service in deplaning the aircraft.

13. Passengers aboard the flight were being directed off the plane and onto airstairs which led to the tarmac at Shanghai Hongqiao International Airport.

14. Despite repeated requests for assistance, Defendants and each of them failed to provide the requested assistance including, but not limited to, assistance from Plaintiff and his wife's airplane seat to the airstairs, assistance with Plaintiff and his wife's carry-on luggage, and assistance deboarding the plane.

15. Defendants knew, or in the exercise of reasonable due care should have known, that failing to assist Plaintiff from his seat and off the plane would pose a dangerous condition and unreasonable risk of harm to Plaintiff in that Plaintiff, due to his physical impairment and frailty, could not be able to safely deboard the plane unassisted.

16. Defendants negligently failed to take steps to either assist Plaintiff or warn Plaintiff of the dangerous condition the wet airstairs would create without proper assistance. As a result, Plaintiff ZIQING WU slipped and fell down the airstairs thereby suffering extensive injuries and damages.

17. As a proximate result of the carelessness, negligence, and unlawful conduct of the defendants, and each of them as aforementioned, plaintiff suffered general damages in the amount to be shown at trial.

18. As a proximate result of the carelessness, negligence, and unlawful conduct of the defendants, plaintiff suffered hospital and medical expenses in the amount to be shown at trial.

LAW OFFICES OF
EDWARD Y. LEE
A PROFESSIONAL CORPORATION
3731 Wilshire Blvd., Ste 940
Los Angeles, CA 90010
Tel: (213) 380-5858

COMPLAINT

- 3 -

19. As a further proximate result of the carelessness, negligence, and unlawful conduct of the defendants, plaintiff suffered loss of earnings and will continue to suffer loss of earning capacity in the amount to be shown at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against defendants and each of them as follows:

1. For compensatory damages, in an amount according to proof;
2. For general damages, in an amount according to proof;
3. For special damages, in an amount according to proof;
4. For incidental damages, in an amount according to proof;
5. For costs incurred by Plaintiff herein;
6. For interest provided by law including, but not limited to, California Civil Code Section 3291, and
7. For such other and further relief as the Court may deem just and proper.

Dated: February 18, 2020

LAW OFFICES OF EDWARD Y. LEE,
A Professional Corporation

By: _____
Edward Y. Lee
Matthew T. Hillix
*Attorneys for Plaintiff,*
ZIQING WU

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Dated: February 18, 2020

LAW OFFICES OF EDWARD Y. LEE,
A Professional Corporation

By: _____
Edward Y. Lee
*Attorneys for Plaintiff,*
ZIQING WU

COMPLAINT

- 4 -

LAW OFFICES OF
EDWARD Y. LEE
A Professional Corporation
3731 Wilshire Blvd., Ste. 940
Los Angeles, CA 90010
Tel: (213) 380-5858