EXHIBIT "C"

- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Edward Y. Lee, Esq. (SBN 171996)<br>LAW OFFICES OF EDWARD Y. LEE<br>3731 Wilshire Blvd., Suite 940<br>Los Angeles, CA 90010<br>ATTORNEY FOR (name): Plaintiff: Ziqing Wu | (213)380-5858 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: -Same as above-
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF: Ziqing Wu
DEFENDANT: Delta Airlines, Inc., et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 20STCV06696

To (name of one defendant only): Ziqing Wu, an individual
Plaintiff (name of one plaintiff only): Delta Airlines, Inc., a business entity of unknown form
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [✓] Pain, suffering, and inconvenience ................................................. $ 10,000,000.00
   b. [ ] Emotional distress. ............................................................................. $
   c. [ ] Loss of consortium .............................................................................. $
   d. [ ] Loss of sociey and companionship (wrongful death actions only) ...... $
   e. [ ] Other (specify) ..................................................................................... $
   f. [ ] Other (specify) ...................................................................................... $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) ................................................................ $ 91,718.85+
   b. [✓] Future medical expenses (present value) ......................................... $ 500,000.00+
   c. [ ] Loss of earnings (to date) .................................................................... $
   d. [ ] Loss of future earning capacity (present value) .................................. $
   e. [ ] Property damage ................................................................................. $
   f. [ ] Funeral expenses (wrongful death actions only) ................................. $
   g. [ ] Future contributions (present value) (wrongful death actions only) .... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .... $
   i. [ ] Other (specify) ...................................................................................... $
   j. [ ] Other (specify) ...................................................................................... $
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $
   when pursuing a judgment in the suit filed against you.

Date: March 16, 2021
Edward Y. Lee, Esq.
(TYPE OR PRINT NAME)                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)
(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov