FILED
CLERK, U.S. DISTRICT COURT

November 8, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIQING WU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a business entity of unknown form; CHINA EASTERN AIRLINES CO., LTD., a business entity of unknown form; and DOES 1 to 50, Inclusive.<br><br>Defendants. | USDC Case No.<br>**2:21-cv-03265-SB-AFM**<br>**[LASC Case No. 20STCV06696]**<br><br>**ORDER ON STIPULATION RE DISMISSAL OF ACTION**<br><br>Complaint Filed: 02/18/2020<br>Trial Date: 02/28/2022 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: November 8, 2021

_____
HONORABLE JUDGE OF THE
UNITED STATES DISTRICT COURT

---

1

[PROPOSED] ORDER ON STIPULATION RE DISMISSAL OF ACTION